UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORKA PIKABEA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHAW WALTERS, ELIZA LABS, INC., SEBASTIAN QUINN-WATSON, AI16Z DAO, and DOES 1 THROUGH 50,<br><br>        Defendants. | No. 1:26-cv-03238-JSR |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND 30-DAY RESTORATION/RETENTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and for Defendants Shaw Walters, Eliza Labs, Inc., and Sebastian Quinn-Watson — being all parties who have appeared in this action — that Plaintiff Gorka Pikabea has settled his individual claims in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss Plaintiff's individual claims **with prejudice** as to all Defendants, and without costs or attorneys' fees to any party.

Because no class has been certified, and Plaintiff brings this action individually and on behalf of a proposed class, the claims of the proposed class are **dismissed without prejudice**, and nothing in this Stipulation shall be construed to release, impair, or adjudicate the claims of any absent proposed class member. Fed. R. Civ. P. 23(e)'s procedures for class settlements do not apply, as the dismissal binds only the named Plaintiff in his individual capacity and no class has been certified.

Consistent with the Court's individual practices, the parties further request that the Court retain jurisdiction for thirty (30) days solely to enforce the settlement agreement, and that any party may, for good cause shown, move to restore or reopen the case within thirty (30) days if the settlement is not consummated.

Dated: July 7, 2026

**BURWICK LAW, PLLC**

By: */s/ Max Burwick*

Max Burwick, Esq.
43 West 43rd Street, Suite 114
New York, NY 10036
Tel: (646) 762-1080
max@burwick.law

*Counsel for Plaintiff and the Proposed Class*

**DLA PIPER LLP (US)**

By: */s/ Michael Fluhr*

Michael Fluhr
555 Mission Street
San Francisco, CA 94105
Phone: (415) 836-2500
Fax: (415) 836-2501
michael.fluhr@us.dlapiper.com

*Counsel for Defendants Shaw Walters,
Eliza Labs, Inc., and Sebastian
Quinn-Watson*



## [PROPOSED] ORDER

The Court, having been advised that Plaintiff Gorka Pikabea and the appearing Defendants have reached a final settlement of Plaintiff's individual claims, hereby ORDERS that Plaintiff's individual claims are dismissed **with prejudice** as to all Defendants and without costs or attorneys' fees to any party. The claims of the proposed class are dismissed **without prejudice**.

Within thirty (30) days of this Order, any party may move to restore or reopen the case for good cause shown if the settlement is not consummated. The Court retains jurisdiction for thirty (30) days from the date of this Order solely to enforce the settlement agreement.

SO ORDERED.

Dated: _____ 7–8 _____, 2026
      New York, New York

_____
HON. JED S. RAKOFF
United States District Judge